**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

Brittney M. Williams,                                   §
                                                        §
                    Plaintiff,                          §
                                                        §
v.                                                      §
                                                        §
James R. Lawson, IV,                                    §
                                                        §
                    Defendant,                          §     CIVIL NO. 6:25-CV-384-ADA-DNM
                    Counter-Plaintiff,                  §
                                                        §
v.                                                      §
                                                        §
Brittney Williams et al.                                §
                                                        §
                    Counter-Defendants.                 §

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the report and recommendation of United States Magistrate Judge Dan N. MacLemore. ECF No. 46. The report recommends that Defendants LePak, Barnhill, the Barnhill Law Firm, and the State of Texas be **DISMISSED** as Defendants.  In addition, the report recommends that the United States' Motion to Dismiss filed at Docket Number 19 be **GRANTED** and that Lawson's False Claims Act crossclaim brought on behalf of the United States of America be **DISMISSED**. Furthermore, the report recommends that the remaining pending Motions be **DENIED AS MOOT**. Finally, the report recommends further recommends that this case be **REMANDED** to the 264th District Court of Bell County, Texas.  The report and recommendation was filed on February 12, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and

recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (ECF No. 46) is **ADOPTED**.

Defendants LePak, Barnhill, the Barnhill Law Firm, and the State of Texas are **DISMISSED** as Defendants.

The United States' Motion to Dismiss filed at Docket Number 19 is **GRANTED** and Lawson's False Claims Act crossclaim brought on behalf of the United States of America is **DISMISSED**.

The following docket numbers are DENIED AS MOOT: ECF No. 5; ECF No. 7; ECF No. 14; ECF No. 21; ECF No. 32; ECF No. 33; and ECF No. 43).

This case is hereby **REMANDED** to the 264th District Court of Bell County, Texas.

**SIGNED** 03/02/2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE